| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Jacqueline Sorroya Burnett | CASE NO.: 6:24-bk-13434<br>CHAPTER: Chapter 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/02/2024        Jacqueline Sorroya Burnett        [signature]
                        Printed name of Debtor 1           Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                     Printed name of Debtor 2          Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    F 1002-1.EMP.INCOME.DEC



# HEMET UNIFIED SCHOOL DISTRICT

**Payroll:** 11 M

| Employee | | | |
|---|---|---|---|
| 211805 | JACQUELINE SORROYA BURNETT | | |
| | | **SSN** | XXX-XX-1740 |
| Warrant | Issued | Pay Period | |
| 21180511M | 05/31/2024 | Ending 05/31/2024 | |

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 10,910.82 |
| LEAD TEACHER | 4.00 | 70.810 | 283.24 |
| 6TH PERIOD | | | 1,792.40 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 835.88 | 5,123.37 |
| STATE TAXES | 334.64 | 2,040.70 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 181.47 | 1,094.32 |
| *RETIREMENT | 1,331.11 | 8,025.63 |
| *DELTA DENTAL LO | 92.40 | 554.40 |
| *KAISER PLAN 7 | 356.80 | 2,140.80 |
| *VSP VISION | 22.37 | 134.22 |
| AMERICAN FIDELITY | 169.34 | 1,016.04 |
| CTA MEMBERSHIP FEE | 111.02 | 666.12 |
| MURRIETA SHERIFF WAGE | 2,118.47 | 4,158.02 |

| Leave Activity Through | | | | |
|---|---|---|---|---|
| Type | Begin | Earned | Used | End |
| PERS NEC | 0:00 | | | 0:00 |
| SICK | -24:00 | | | -24:00 |
| VACATION | 0:00 | | | 0:00 |

| Benefits Paid By Your Employer On Your Behalf | This Period |
|---|---|
| KAISER PLAN 7 | 1,086.49 |
| LIFE CERTIFICATED | 4.86 |
| MEDICARE | 181.47 |
| OTHER POST-EMPLOYMENT BENEFITS | 51.95 |
| STRS | 2,480.42 |
| UNEMPLOYMENT INSURANCE | 6.26 |
| WORKERS COMPENSATION | 155.84 |
| Total | 3,967.29 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | M | M/5/0 |
| Additional Withholding | 400.00 | 0.00 |
| Dependents | 6,000.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | 12,986.46 | 78,298.68 |
| Less *Pre-Tax Deductions | 1,802.68 | 10,855.05 |
| Taxable Earnings | 11,183.78 | 67,443.63 |
| Less Taxes & Deductions | 3,750.82 | 14,098.57 |
| **Net Pay** | 7,432.96 | 53,345.06 |

Message:

2697

---

## NOTICE OF DIRECT DEPOSIT

**DDT**
21180511M

BY ORDER OF THE GOVERNING BOARD OF: **HEMET UNIFIED SCHOOL DISTRICT**

Date: 05/31/2024
Pay Period Ending: 05/31/2024

The following amounts have been electronically deposited on behalf of:

**JACQUELINE SORROYA BURNETT**
524 BOTAN ST.
PERRIS   CA   92571

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX123 | XXXXXXXXXXXX300 | $7,432.96 |

Riverside County Superintendent of Schools

**NON-NEGOTIABLE**

# HEMET UNIFIED SCHOOL DISTRICT



**Employee** 211805  **JACQUELINE SORROYA BURNETT**

Payroll: **10 M**

SSN: XXX-XX-1740

Warrant: 21180510M
Issued: 04/30/2024
Pay Period Ending: 04/30/2024

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 10,910.82 |
| LEAD TEACHER | 7.00 | 70.810 | 495.67 |
| 6TH PERIOD | | | 1,792.40 |
| MAR PAY ADJ | | | -775.00 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 775.29 | 4,287.49 |
| STATE TAXES | 293.05 | 1,706.06 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 173.31 | 912.85 |
| *RETIREMENT | 1,273.45 | 6,694.52 |
| *DELTA DENTAL LO | 92.40 | 462.00 |
| *KAISER PLAN 7 | 356.80 | 1,784.00 |
| *VSP VISION | 22.37 | 111.85 |
| AMERICAN FIDELITY | 169.34 | 846.70 |
| CTA MEMBERSHIP FEE | 111.02 | 555.10 |
| MURRIETA SHERIFF WAGE | 2,039.55 | 2,039.55 |

**Leave Activity Through 03/31/2024**

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| PERS NEC | 1:00 | | | 0:00 |
| SICK | 1:00 | | 25:00 | -24:00 |
| VACATION | 0:00 | | | 0:00 |

**Benefits Paid By Your Employer On Your Behalf**

| | This Period |
|---|---|
| KAISER PLAN 7 | 1,086.49 |
| LIFE CERTIFICATED | 4.86 |
| MEDICARE | 173.31 |
| OTHER POST-EMPLOYMENT BENEFITS | 49.70 |
| STRS | 2,372.96 |
| UNEMPLOYMENT INSURANCE | 5.98 |
| WORKERS COMPENSATION | 149.09 |
| Total | 3,842.39 |

**Withholding**

| | Federal | State |
|---|---|---|
| Filing Status & Criteria | M | M/5/0 |
| Additional Withholding | 400.00 | 0.00 |
| Dependents | 6,000.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | 12,423.89 | 65,312.22 |
| Less *Pre-Tax Deductions | 1,745.02 | 9,052.37 |
| Taxable Earnings | 10,678.87 | 56,259.85 |
| Less Taxes & Deductions | 3,561.56 | 10,347.75 |
| **Net Pay** | 7,117.31 | 45,912.10 |

Message:

---

## NOTICE OF DIRECT DEPOSIT

DDT **21180510M**

BY ORDER OF THE GOVERNING BOARD OF: **HEMET UNIFIED SCHOOL DISTRICT**

Date: 04/30/2024
Pay Period Ending: 04/30/2024

The following amounts have been electronically deposited on behalf of:

**JACQUELINE SORROYA BURNETT**
524 BOTAN ST.
PERRIS  CA  92571

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX123 | XXXXXXXXXXXX300 | $7,117.31 |

Riverside County Superintendent of Schools       **NON-NEGOTIABLE**

2687

# HEMET UNIFIED SCHOOL DISTRICT



**Employee** 211805 **JACQUELINE SORROYA BURNETT**

Payroll: **9 M**

SSN: XXX-XX-1740

Warrant: **21180509M**  Issued: **03/29/2024**  Pay Period Ending **03/31/2024**

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 10,910.82 |
| 6TH PERIOD | | | 1,792.40 |
| LEAD TEACHER | 7.00 | 70.810 | 495.67 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 873.47 | 3,512.20 |
| STATE TAXES | 351.42 | 1,413.01 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 184.55 | 739.54 |
| *RETIREMENT | 1,352.89 | 5,421.07 |
| *DELTA DENTAL LO | 92.40 | 369.60 |
| *KAISER PLAN 7 | 356.80 | 1,427.20 |
| *VSP VISION | 22.37 | 89.48 |
| AMERICAN FIDELITY | 169.34 | 677.36 |
| CTA MEMBERSHIP FEE | 111.02 | 444.08 |

**Leave Activity Through 02/29/2024**

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| PERS NEC | 1.00 | | | 1.00 |
| SICK | 1.00 | | | 1.00 |
| VACATION | 0.00 | | | 0.00 |

**Benefits Paid By Your Employer On Your Behalf** — This Period

| | |
|---|---|
| KAISER PLAN 7 | 1,086.49 |
| LIFE CERTIFICATED | 4.86 |
| MEDICARE | 184.55 |
| OTHER POST-EMPLOYMENT BENEFITS | 52.80 |
| STRS | 2,520.99 |
| UNEMPLOYMENT INSURANCE | 6.36 |
| WORKERS COMPENSATION | 158.39 |
| Total | 4,014.44 |

**Withholding**

| | Federal | State |
|---|---|---|
| Filing Status & Criteria | M | M/5/0 |
| Additional Withholding | 400.00 | 0.00 |
| Dependents | 6,000.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | 13,198.89 | 52,888.33 |
| Less *Pre-Tax Deductions | 1,824.46 | 7,307.35 |
| Taxable Earnings | 11,374.43 | 45,580.98 |
| Less Taxes & Deductions | 1,689.80 | 6,786.19 |
| **Net Pay** | 9,684.63 | 38,794.79 |

Message:

2689

---

## NOTICE OF DIRECT DEPOSIT

**DDT 21180509M**

BY ORDER OF THE GOVERNING BOARD OF: **HEMET UNIFIED SCHOOL DISTRICT**

Date: 03/29/2024
Pay Period Ending: 03/31/2024

The following amounts have been electronically deposited on behalf of:

**JACQUELINE SORROYA BURNETT**
524 BOTAN ST.
PERRIS  CA  92571

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX123 | XXXXXXXXXXX300 | $9,684.63 |

Riverside County Superintendent of Schools

**NON-NEGOTIABLE**