# STATEMENT OF
# REMOTE 341(A) MEETING DATE - RIVERSIDE CA

July 09, 2024

JACQUELINE SORROYA BURNETT
524 BOTAN STREET
PERRIS, CA 92572

Re: JACQUELINE SORROYA BURNETT
     Chapter 13 Case No.: 6:24-bk-13434-SY

**REMOTE 341(A) MEETING OF CREDITORS -  July 31, 2024   8:00 am**

NOTICE IS HEREBY GIVEN that at the direction of the United States Trustee the 341(a) meeting of creditors in the above-referenced Chapter 13 will be conducted remotely, via Zoom (Video). Attached are instructions for how to appear.

Debtor is reminded that plan payments are due 30 days from the date the petition is filed and every 30 days thereafter. Proof of income, copies of recent tax returns, and verification of mortgage payments are due not later than 7 days prior to the date first set for the meeting of creditors. Failure to timely comply with these requirements may result in dismissal of the case.

Debtor shall submit copies of photo ID and Social Security number verification by uploading these documents to the case via the Trustee's secured portal at www.bkdocs.us, or by fax at (951) 826-8090. Debtor should contact his or her attorney for more information.

Instrucciones en Español se publicaran en el sitio web del Administrador: www.rodan13.com

                                          /s/ Rod Danielson
                                               Signature

Chapter 13 Case No.: 6:24-bk-13434-SY
Debtor(s) Name: JACQUELINE SORROYA BURNETT

# HOW TO APPEAR AT RIVERSIDE §341(a) MEETINGS OF CREDITORS FOR CHAPTER 13 CASES FILED AFTER MAY 1, 2024

By order of the United States Trustee, all Riverside Chapter 13 341(a) meetings of creditors will be conducted virtually.

341(a) meetings will be conducted utilizing Zoom software, which permits parties to communicate electronically with video. You should consider downloading the Zoom software on your smart phone, computer, laptop or tablet in order to familiarize yourself with how Zoom works. Practice logging into the Trustee's 341(a) meeting site.

To appear at a Riverside Chapter 13 section 341(a) meeting of creditors, go to:

**ZOOM.US/JOIN** enter meeting ID **376 608 2241** and passcode **7122449023**

**Once you are admitted into the meeting room, click on the "join breakout room" icon, and select the breakout room where your case will be heard. The breakout rooms are organized by the judge code (judge's initials), and are the last two letters of the bankruptcy case number (WJ, SY or RB).**



Debtors in Chapter 13 cases shall appear via Zoom. In rare cases debtors may appear telephonically (for example, where the debtor is in jail, or is in a foreign country where Zoom is not available). Debtors who believe their circumstances warrant a telephonic creditor meeting should check with their attorneys, and also see "Best Practices for Debtors, Debtor's attorneys, and Other Parties in Interest for Attending Virtual §341(a) Meetings of Creditors in Chapter 7, 12 and 13 Cases," at www.rodan13.com. There is a form at the end of the best practices which must be filled out, notarized and submitted to the Trustee at least 2 weeks prior to the creditor meeting.

PLEASE MUTE. You should still be able to hear the proceedings. 10 or more meetings may be scheduled for the same time. It is important to listen for the case to be called (listen for debtor's last name and case number), then unmute. Be sure to identify yourself for the record.

PLEASE BE PATIENT and respectful of others when your microphone is on. We are all working together to try to keep everyone safe while still providing this necessary and beneficial service, and the Trustee is grateful for your cooperation. Creditors are encouraged to file claims and objections in advance of the creditor meeting so that issues raised can be discussed meaningfully at the meeting.

FG:114 - 07/09/2024 - SJ

Chapter 13 Case No.: 6:24-bk-13434-SY
Debtor(s) Name: JACQUELINE SORROYA BURNETT

<u>COMO PRESENTARSE EN LA JUNTA 341(a) EN RIVERSIDE
PARA CAPITULO 13 CASOS
DESPUES DE MAYO 1, 2023</u>

Por orden del Administrador de Los Estados Unidos, juntas §341(a) de capítulo 13 de Riverside y Juntas de acreedores se conducirán virtualmente.

Juntas 341(a) serán conducidas utilizando ZOOM software ([www.zoom.com](www.zoom.com)) cual permite a las partes comunicarse electrónicamente en video.  Considere bajar Zoom software en su celular o computadora con fin de familiarizarse como funciona ZOOM. Practique iniciar en la página del administrador de junta 341(a).

Para presentarse en una junta de acreedores de la sección 341(a) del Capítulo 13 de Riverside vaya a:

 **ZOOM.US/JOIN** entre su número de ID **376 608 2241** y código de acceso **7122449023**

**A la vez que sea admitido al cuarto de espera (join breakout room), entre a las salas divididas por iniciales de los JUECES (JUDGES). Estas iniciales se encuentran al fin de numero de caso (WJ, SY o RB).**



<u>Deudores en casos capitulo 13 serán presentados por ZOOM</u>. En raros casos, deudores se presentarán por teléfono (por ejemplo, si el deudor está encarcelado, o está en otro país donde ZOOM no sea disponible). Deudores que crean que sus circunstancias justifican una reunión telefónica deben consultar con su abogado y también vea ""Best Practices for Debtors, Debtor's attorneys, and Other Parties in Interest for Attending Virtual §341(a) Meetings of Creditors in Chapter 7, 12 and 13 Cases" en  [www.rodan13.com](www.rodan13.com).  Hay un formulario al final que debe completarse y notarizar ante un notario y enviarse al administrador por lo menos 2 semanas antes de la junta 341(a) de acreedores.

POR FAVOR SILENCIAR. Usted aún puede escuchar los procedimientos. 10 o más casos pueden ser programadas a la misma hora.  Es muy importante que escuche cuando llamen su caso (escuche el apellido y numero) y luego desactive el silencio. Asegúrese que usted se identifique para el registro.

POR FAVOR SEA PACIENTE y respete a todos cuando su micrófono sea activado. Eestamos trabajando para mantener seguros a todos y al mismo tiempo darles el servicio beneficial y el administrador les agradece por su cooperación.  Se motiva a los acreedores a presentar reclamos y objeciones antes de la reunión de acreedores para que los asuntos puedan discutirse de manera significativa en la junta 341(a).

| In re:    JACQUELINE SORROYA BURNETT | **Chapter: 13** |
|---|---|
| Debtor | Case Number: 6:24-bk-13434-SY |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **STATEMENT OF REMOTE 341(A) MEETING DATE - RIVERSIDE CA** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **07/09/2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**ustpregion16.rs.ecf@usdoj.gov**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 7/9/2024 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/09/2024 | SUSAN JONES | /s/ |
|---|---|---|
| Date | Type Name | Signature |

| | | |
|---|---|---|
| NEXUS BANKRUPTCY<br>3090 BRISTOL ST #400<br>COSTA MESA, CA 92626 | ALTURA CREDIT UNION<br>2847 CAMPUS PKWY<br>RIVERSIDE, CA 92507-0906 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 |
| CAPITAL ONE AUTO FINANCE<br>PO BOX 259407<br>PLANO, TX 75025-9407 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>C/O PATENAUDE & FELIX APC<br>9619 CHESAPEAKE DR STE 300<br>SAN DIEGO, CA 92123-1392 | NELNET / US DEPT OF EDUCATION<br>PO BOX 82561<br>LINCOLN, NE 68501-2561 |
| NORTHSTAR EDUCATION FINANCE<br>121 S 13TH ST STE 201<br>LINCOLN, NE 68508-1911 | BENJAMIN HESTON<br>NEXUS BANKRUPTCY<br>3090 BRISTOL STREET #400<br>COSTA MESA, CA 92626 | JACQUELINE SORROYA BURNETT<br>524 BOTAN STREET<br>PERRIS, CA 92572 |