| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>JACQUELINE SORROYA BURNETT<br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-13434-SY<br>CHAPTER: 13<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: **MOTION TO AVOID A LIEN UNDER 11 U.S.C. §522(f) AND, IF APPLICABLE, FOR TURNOVER OF PROPERTY (PERSONAL PROPERTY) [docket #16]**

   b. Date of filing of motion: 7/16/2024

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   The Debtor is seeking to avoid a possessory lien on garnished wages currently being held by the Riverside County Sheriff and an order directing the Sheriff to return these funds to the Debtor.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                                      **F 9075-1.1.APP.SHORT.NOTICE**

    b.   Identify the parties affected by the relief requested in the motion:

        National Collegiate Student Loan Trust 2006-2, Riverside County Sheriff's Department

    c.   State the reasons necessitating a hearing on shortened time:

        The Debtor is low income and her family needs this money in order to survive. Debtor is a teacher and does not receive any income during July. The funds are clearly exempt as noted on the Debtor's Amended Schedule C filed concurrently herewith.

        See attached Declaration of Jacqueline Sorroya Burnett.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 7/16/2024

Nexus Bankruptcy
Printed name of law firm

/s/Benjamin Heston
Signature of individual Movant or attorney for Movant

Benjamin Heston
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 9075-1.1.APP.SHORT.NOTICE**

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-13434-SY |
| **JACQUELINE SORROYA BURNETT**, | Chapter 13 |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |

I, Jacqueline Burnett, declare as follows:

I am the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

In April of this year, the Riverside County Sheriff began garnishing my wages in order to satisfy the debt owed to National Collegiate Student Loan Trust ("Creditor"). Although I have high balances on other student loans, the debts owed to Creditor have been the only ones to cause me issues since the other lenders have allowed me to make income-based payments, which I have always kept on top of.

While the wage garnishment was pending, I filed a claim of exemption requesting that the garnishment stop and return of the funds being held by the Sheriff. The Creditor opposed my claim of exemption, and it was set for hearing on June 14, 2024 at the Riverside Historic Courthouse.

On June 14, 2024, me, my attorney, Ben Heston, and the attorney for the Creditor all checked in to Court and found that the hearing was taken off calendar for unknown reasons. Since resetting the claim of exemption would have caused even more significant delays and procedural hurdles, I filed the present bankruptcy case.

The imposition of the automatic stay resulted in the wage garnishment stopping. Currently, the Sheriff is holding funds in the amount of $4,158 which were garnshed from my April and May paychecks. The Sheriff sent a document titled "Sheriff's Notice of Bankruptcy Procedures" which states that in order to receive the funds, I must obtain an Order Avoiding Lien or other court order directing the Sheriff to release the funds to me. The Notice also states that the Trustee can request the same, but those attempts have failed since the Trustee is requesting that I pay the funds into the Chapter 13 Plan and I simply cannot afford to do that.

Currently, between my husband and I, we have $50 our bank accounts, we are behind on all of our bills, and we will not be able to make our rent, utilities, car, or Chapter 13 payments unless these funds are returned. We have three young children, two of whom have special needs and need to attend therapy and tutoring. Without having any money, we are having to skip these appointments.

As a teacher for the Riverside County School District, I am only paid 11 months out of the year. As luck would have it, I do not get paid during the month of July. If these funds are not returned, we will be financially devastated. Additionally, we will not be able to make our Chapter 13 payments and this case will almost certainly fail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 16, 2024

_____
JACQUELINE BURNETT

2