**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**JACQUELINE SORROYA BURNETT**,<br><br>Debtor. | **Case No: 6:24-bk-13434-SY**<br><br>**Chapter 13**<br><br>**NOTICE OF HEARING ON MOTION TO AVOID A LIEN UNDER 11 U.S.C. §522(f) AND, IF APPLICABLE, FOR TURNOVER OF PROPERTY (PERSONAL PROPERTY)**<br><br>**Hearing:**<br>Date: July 25, 2024<br>Time: 1:00 PM<br>Courtroom: 6C<br>Location: 411 West Fourth Street<br>               Santa Ana, CA 92701 |

**NOTICE IS HEREBY GIVEN** that on July 25, 2024, at 1:00 p.m. in Courtroom 6C of the Santa Ana Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, a hearing will be held on Debtor's Motion to Avoid Lien and for Turnover of Property (docket #16). This hearing has been set on shortened notice pursuant to the Court's Order entered on July 17, 2024 (docket #18), a copy of which is attached hereto.

This Motion is being heard on shortened notice. If you wish to oppose this Motion, you must file and serve a written response no later than July 22, 2024 at 12:00 p.m. If you fail to file a written response to the Motion within such time period, the court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

//

1 | Further information about the hearing is contained within the attached order.

NEXUS BANKRUPTCY

Date: July 17, 2024

Benjamin Heston,
Attorney for Debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 17 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>JACQUELINE SORROYA BURNETT,<br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-13434-SY<br>CHAPTER: 13<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*):  JACQUELINE SORROYA BURNETT

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: MOTION TO AVOID A LIEN UNDER 11 U.S.C. §522(f) AND, IF APPLICABLE, FOR TURNOVER OF PROPERTY (PERSONAL PROPERTY)

   b. *Date of filing of motion:* July 16, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: July 16, 2024

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                             **F 9075-1.1.ORDER.SHORT.NOTICE**

b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** July 25, 2024<br>**Time:** 1:00 p.m.<br>**Courtroom:** 6C | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) <u>Deadlines:</u> | (B) <u>Persons/entities to be provided with telephonic notice:</u> |
|---|---|
| Date: July 17, 2024<br><br>Time: 5:00 p.m. | *The lienholder, Riverside County Sheriff's Office, the chapter 13 trustee, and any attorney for the preceding if known.*<br><br>☐ See attached page<br><br>(C) <u>Telephonic notice is also required upon</u> the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked    ☒ all of the methods checked

(A)  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

| (B) <u>Deadlines:</u> | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u> |
|---|---|
| Date: July 17, 2024<br><br>Time: 5:00 p.m. | *The lienholder, Riverside County Sheriff's Office, the chapter 13 trustee, and any attorney for the preceding if known.*<br><br>☐ See attached page<br><br>(D) S<u>ervice is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☒ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) <u>Deadlines:</u>
Date: July 17, 2024

Time: 5:00 p.m.

(C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

The lienholder, Riverside County Sheriff's Office, the chapter 13 trustee, and any attorney for the preceding if known.

☐ See attached page

(D) <u>Service is also required upon</u>:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☒ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) <u>Deadlines:</u>
Date: July 22, 2024

Time: 12:00 p.m. (noon)

(C) <u>Persons/entities to be served with written opposition to the motion:</u>
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) <u>Service is also required upon</u>:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☒ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                               Page 3                                **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |  |
|---|---|---|
| (B) <u>Deadlines:</u><br><br>Date: July 24, 2024<br><br>Time: 12:00 p.m. (noon) | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition |  |
|  | (D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |  |

(7) ☒ Other requirements:

**This matter will be heard by the Honorable Mark D. Houle in courtroom 6C at the Santa Ana courthouse. Telephonic appearances are permitted. Please see Judge Houle's procedures for telephonic appearances on the court website. Please contact Judge Houle's Courtroom Deputy with any questions regarding how the hearing will be conducted. All judge's copies must be delivered to Judge Houle's chambers in Santa Ana.**

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☐ at least 2 days before the hearing. |
| ☒ no later than:    Date: July 18, 2024    Time: 5:00 p.m. |

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: July 17, 2024

_____
Scott H. Yun
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 4                                   **F 9075-1.1.ORDER.SHORT.NOTICE**