**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No: 6:24-bk-13434-SY |
| **JACQUELINE SORROYA BURNETT,** | Chapter 13 |
| Debtor. | **DECLARATION OF BENJAMIN HESTON RE: NOTICE AND SERVICE** |
| | **Hearing:**<br>Date:  July 25, 2024<br>Time: 1:00 p.m.<br>Courtroom:  6C<br>Location:  411 West Fourth Street<br>          Santa Ana, CA 92701 |

I, Benjamin Heston, declare as follows:

1. I am the attorney of record in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On July 17, 2024, at approximately 12:00 p.m., I personally delivered the following documents to Judge Houle's drop box: (a) Motion to Avoid Lien [docket #16]; (b) Application for Order Shortening Time [docket #17]; and (c) Notice of Hearing with attached Order Granting Application for Order Shortening Time [docket #20].

3. On July 17, 2024, at approximately 2:00 p.m., I called the offices of Patenaude & Felix and spoke with a representative and I provided her with the details of the motion and hearing, and she informed me that she would forward this information to the attorney assigned to the case, Nathalia Aguirre. After the phone call, I sent all of the aforementioned documents to Ms. Aguirre's email address, nathalia.aguirre@pandf.us.

1

4. On July 17, 2024, at approximately 2:20 p.m., I called the Riverside Sheriff's Office and spoke with a representative, R. Schofield, and I provided her with the details of the motion and hearing. After the phone call, I sent all of the aforementioned documents to Ms. Schofield at rschofield@riversidesheriff.org.

5. On July 17, 2024, at approximately 2:30 p.m., I called the United States Trustee for the Riverside Division. No one answered the phone, so I left a message with the details of the motion and hearing. I called several times afterward to try and speak to someone directly, but each call went to voicemail.

6. I will be personally delivering a copy of this declaration and the declaration of Raji Burnett to Judge Houle's drop box.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 18, 2024        /s/Benjamin Heston
                           BENJAMIN HESTON

**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**JACQUELINE SORROYA BURNETT,**<br><br>    Debtor. | Case No: 6:24-bk-13434-SY<br><br>Chapter 13<br><br>**DECLARATION OF RAJI BURNETT RE: NOTICE AND SERVICE**<br><br>**Hearing:**<br>Date: July 25, 2024<br>Time: 1:00 p.m.<br>Courtroom: 6C<br>Location: 411 West Fourth Street<br>          Santa Ana, CA 92701 |

I, Raji Burnett, declare as follows:

1. I am the Debtor's husband. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On July 17, 2024, at approximately 1:00 p.m., I personally delivered the following documents to the Honorable Judge Yun's chambers and to the Office of the United States Trustee for the Riverside Division: (a) Motion to Avoid Lien [docket #16]; (b) Application for Order Shortening Time [docket #17]; (c) Order Granting Application for Order Shortening Time [docket #18]; and (d) Notice of Hearing [docket #20].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 18, 2024

                                                            Raji Burnett

1