United States Bankruptcy Court

Central District of California

In re:                                                                                                       Case No. 24-13434-SY

Jacqueline Sorroya Burnett                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jacqueline Sorroya Burnett, 524 Botan Street, Perris, CA 92571-7812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024                         Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jacqueline Sorroya Burnett bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 17 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gooch    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>JACQUELINE SORROYA BURNETT,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-13434-SY<br>CHAPTER: 13<br><br>**ORDER:**<br><br>☒  **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐  **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):  JACQUELINE SORROYA BURNETT

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: MOTION TO AVOID A LIEN UNDER 11 U.S.C. §522(f) AND, IF APPLICABLE, FOR TURNOVER OF PROPERTY (PERSONAL PROPERTY)

   b. *Date of filing of motion:* July 16, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: July 16, 2024

3. Based upon the court's review of the application, it is ordered that:

   a.  ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                              Page 1                          F 9075-1.1.ORDER.SHORT.NOTICE

b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| **Hearing date:** July 25, 2024 | **Place:** |
|---|---|
| **Time:** 1:00 p.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 6C | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) <u>Deadlines:</u> | (B) <u>Persons/entities to be provided with telephonic notice:</u> |
|---|---|
| Date: July 17, 2024 | |
| | *The lienholder, Riverside County Sheriff's Office, the chapter 13 trustee, and any attorney for the preceding if known.* |
| Time: 5:00 p.m. | |
| | ☐ See attached page |
| | (C) <u>Telephonic notice is also required upon</u> the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked    ☒ all of the methods checked

(A) ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

| (B) <u>Deadlines:</u> | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u> |
|---|---|
| Date: July 17, 2024 | |
| Time: 5:00 p.m. | *The lienholder, Riverside County Sheriff's Office, the chapter 13 trustee, and any attorney for the preceding if known.* |
| | ☐ See attached page |
| | (D) <u>S</u>ervice is also required upon: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked  ☒ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

> (B) *Deadlines:*
> Date: July 17, 2024
> Time: 5:00 p.m.
>
> (C) *Persons/entities to be served with motion, declarations, supporting documents:*
>
> *The lienholder, Riverside County Sheriff's Office, the chapter 13 trustee, and any attorney for the preceding if known.*
>
> ☐ See attached page
>
> (D) *Service is also required upon:*
> -- United States trustee *(no electronic service permitted)*
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked  ☒ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

> (B) *Deadlines:*
> Date: July 22, 2024
> Time: 12:00 p.m. (noon)
>
> (C) *Persons/entities to be served with written opposition to the motion:*
> -- movant's attorney (or movant, if movant is not represented by an attorney)
>
> (D) *Service is also required upon:*
> -- United States trustee (*electronic service is not permitted*)
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☒ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 3                     **F 9075-1.1.ORDER.SHORT.NOTICE**

|     |     |
| --- | --- |
| (B) *Deadlines:*<br><br>   Date: July 24, 2024<br><br>   Time: 12:00 p.m. (noon) | (C) *Persons/entities to be served with written reply to opposition:*<br>   -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>   -- United States trustee *(electronic service is not permitted)*<br>   -- Judge's Copy personally delivered to chambers<br>      *(see Court Manual for address)* |

(7) ☒ Other requirements:

**This matter will be heard by the Honorable Mark D. Houle in courtroom 6C at the Santa Ana courthouse. Telephonic appearances are permitted. Please see Judge Houle's procedures for telephonic appearances on the court website. Please contact Judge Houle's Courtroom Deputy with any questions regarding how the hearing will be conducted. All judge's copies must be delivered to Judge Houle's chambers in Santa Ana.**

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.

☒ no later than:    Date: July 18, 2024    Time: 5:00 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: July 17, 2024

_____
Scott H. Yun
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**