**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JACQUELINE SORROYA BURNETT,<br><br>Debtor. | Case No: 6:24-bk-13434-SY<br><br>Chapter 13<br><br>**SUPPLEMENTAL DECLARATION OF BENJAMIN HESTON RE: NOTICE AND SERVICE**<br><br>**Hearing:**<br>Date:  August 6, 2024<br>Time: 1:30 p.m.<br>Courtroom:  302<br>Location:  3420 Twelfth Street<br>            Riverside, CA 92501 |

I, Benjamin Heston, declare as follows:

I am the attorney for the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

I am submitting this supplemental declaration since I had inadvertently omitted reference to service on the Chapter 13 Trustee from my declaration filed on July 18, 2024 [docket #21].

At approximately 3:00 p.m. on July 17, 2024, I called the Office of the Chapter 13 Trustee and left a message with the receptionist with the details of the motion and hearing. Immediately after, I sent an email to Rod Danielson (rod@rodan13.com) and Susan Luong (susanl@rodan13.com) which had the details of the motion and hearing along with the following documents

- DOC #16 – Motion to Avoid Lien

- DOC #17 – Application for Order Shortening Time
- DOC #18 – Order Granting Application and Setting Hearing on Shortened Notice
- DOC #20 – Notice of Hearing on Motion to Avoid Lien

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 26, 2024

/s/Benjamin Heston
BENJAMIN HESTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF BENJAMIN HESTON RE: NOTICE AND SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/26/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/26/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/26/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**