**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**JACQUELINE SORROYA BURNETT**,<br><br>Debtor. | Case No: 6:24-bk-13434-SY<br><br>**Chapter 13**<br><br>**SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO AVOID LIEN**<br><br>**Hearing:**<br>Date:  August 6, 2024<br>Time: 1:30 p.m.<br>Courtroom:  302<br>Location:  3420 Twelfth Street<br>                   Riverside, CA 92501 |

I, Jacqueline Burnett, declare as follows:

I am the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

Currently, I am unable to feed my family of five, which includes three children. I am unable to pay rent and car notes, and I have no money to put gas in my car to attend work. Additionally, I am unable to send my autistic son to tutoring this month, and my children with special needs are unable to attend their speech therapy sessions. I am unable to pay any of my bills. My bank account is overdrawn by $1,220, and I do not have access to any money, cash, or funds at all. Attached hereto is a true and correct screenshot showing my current bank account balance.

As a teacher for the Riverside County School District, I am only paid 11 months out of the year. Unfortunately, I do not receive a paycheck during the month of July. The absence of these garnished funds has left me and my family in a state of financial devastation. Without these funds, we will be unable to meet our essential living expenses.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 26, 2024

_____
JACQUELINE BURNETT



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO AVOID LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/26/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/26/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/26/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                         **F 9013-3.1.PROOF.SERVICE**