FOR COURT USE ONLY

ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501-3332
(951) 826-8000   FAX (951) 826-8090

Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| IN RE | CHAPTER 13 |
|---|---|
| Jacqueline Sorroya Burnett | CASE NO. 6:24-bk-13434-SY |
| | **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSON TO CHAPTER 7** |
| | **341A DATE/TIME:   July 31, 2024  8:00 am** |
| | **CONF DATE/TIME: September 10, 2024  1:30 pm** |
| | **3420 Twelfth St.** |
| DEBTOR | **Courtroom: 302** |
| | **Riverside, CA 92501** |

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee objects to the plan to the extent that it fails to comply with the mandatory provisions of the bankruptcy code, including but not limited to 11 U.S.C. §1322 and §1325, and any provisions governing disposable income, plan duration, and good faith.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.   Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a  180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).
2.   Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a  180-day bar to re-filing.   LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).
3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11  U.S.C. §521(3).
4.   Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial  341(a) meeting of creditors.

WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a  180-day bar to re-filing, or converting the case to chapter 7, if appropriate.

DATED: July 31, 2024

_____
/s/ Rod Danielson
Chapter 13 Trustee

FG:140 - 07/31/2024 - SJL

**ATTACHMENT A -** BURNETT

### Declaration of Rod Danielson in Support For
### Objection to Plan Confirmation and Request Dismissal

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal or conversion of this case on the following grounds and for the following reasons:

The July plan payment was not made by the Debtor(s).  [LBR 3015-1(k)(1)(A)]

The Debtor must provide a complete copy of two months of the most recent paystubs.  [LBR 3015-1(c)(3)]

The plan does not represent the Debtor's best efforts to fund the plan and the plan has not been proposed in good faith.  The plan does not pay any creditors and only pays attorney's fees. Additionally, the Debtor purchased a Chevy Tahoe just 3 months prior to filing this case and chose to purchase a vehicle that requires a $1,235/month car payment.  Additionally, some expenses seem unreasonably high in the Debtor's budget, such as: $420 cable/net/cell, $500 electricity, $700 transportation, $800 childcare (evidence needed).  The Trustee also needs proof of the therapy fees being paid by the Debtor for the last 4 months (expense listed on Schedule J for $880/month).  Payments on vehicle(s) loans will end during the plan term, but the plan has no step payments to bring in this additional disposable income for the benefit of creditors.  The plan payment should be increased.  [11 U.S.C. §1325(a)(3); 11 U.S.C. §1325(b)(1)(b); Hamilton v. Lanning, 560 U.S. 505; 130 S. Ct. 2464 (2010)]

The Debtor fails to list the amount of the exemption claimed on Schedule C for cash.  Schedule C must be amended.

The Debtor(s) failed to file the Tax Returns/Domestic Support Obligation Declaration.

The Debtor(s) must provide an unexpired declaration page of the auto insurance policy (not the insurance card) for all vehicles that the Debtor(s) owns or leases.

I declare under penalty of perjury that the foregoing is true and correct.  Signed and dated at Riverside, California on 07/31/2024.

                                                                    /s/ Rod Danielson
                                                            Chapter 13 Trustee

| In re:   **JACQUELINE SORROYA BURNETT** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number:<br>**6:24-bk-13434-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSON TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **07/31/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US Trustee: ustpregion16.rs.ecf@gov.com**
**ben@nexusbk.com**

☐ Service Information continued on attached pa

**2.  SERVED BY UNITED STATES MAIL:**
On **07/31/2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing to the judge  will be completed no later than

Debtor
JACQUELINE SORROYA BURNETT
524 BOTAN STREET
PERRIS, CA  92572

☐ Service Information continued on attached pa

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **07/31/2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET,
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pa

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/31/2024 | /s/ Susan Jones |
|---|---|
| Date | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG: 140 - SJL
June 2012

**F 9013-3.1.PROOF.SERVICE**