# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, August 6, 2024** | **Hearing Room 302** |

**1:30 PM**
**6:24-13434  Jacqueline Sorroya Burnett**                                              **Chapter 13**

Telephonic Hearing

#57.00   CONT'D Debtor's Motion to Avoid Lien and, if applicable,
for Turnover of Property

**OST**

**FR. 7/25/24 (MH)**

**Susan Luong to appear by telephone (626)616-5008**
**Benjamin Heston to appear by telephone (951)290-2827**

Docket    16

**Matter Notes:**

   GRANTED: _____          DENIED: _____

   CONT'D. TO:   _9-10-24 @ 1:30 pm_

      Briefing filed:    _____

      Opposition filed:  _____

      Reply filed:       _____

**WITHDRAWN:**              _____

      Order Lodged by: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. **NOTE** – the call-in information for telephonic appearances has changed. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**