| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Jacqueline Sorroya Burnett**<br><br><br><br><br>Debtor(s). | CASE NO.: **6:24-bk-13434-SY**<br><br>CHAPTER: 13 |
|---|---|
| | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1) DEEDS OF TRUST [OR MORTGAGES]**<br>**2) LEASES ON PERSONAL PROPERTY**<br>**3) PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]** |
| | [No Hearing Required] |

I, *(Debtor's name)* _____**Jacqueline Sorroya Burnett**_____, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on: _____**06/18/2024**_____.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.   The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| 2018 Chevrolet Camaro | Name of Creditor *(printed):* **Altura Credit Union** *(check one):* ☐ Deed of Trust/Mortgage ☑ Car loan ☐ Lease ☐ Other *(specify):* _____ | $745.32 | 7/1/2024, 8/1/2024 | 8/28/2024 |
| 2021 Chevrolet Tahoe | Name of Creditor *(printed):* **Altura Credit Union** *(check one):* ☐ Deed of Trust/Mortgage ☑ Car loan ☐ Lease ☐ Other *(specify):* _____ | $1,236.00 $1,235.54 | 7/1/2024 8/1/2024 | 8/2/2024 8/28/2024 |
| | Name of Creditor *(printed):* *(check one):* ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other *(specify):* _____ | | | |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1 st day the Payment is due.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Property Description | Creditor/Type of loan | Payment Amount | Due Date$^2$ | Date Mailed/ Delivered |
|---|---|---|---|---|
| | Name of Creditor *(printed)*: | | | |
| | | | | |
| | | | | |
| | *(check one)*: | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other *(specify)*: _____ | | | |
| | Name of Creditor *(printed)*: | | | |
| | | | | |
| | | | | |
| | *(check one)*: | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other *(specify)*: _____ | | | |
| | Name of Creditor *(printed)*: | | | |
| | | | | |
| | | | | |
| | *(check one)*: | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other *(specify)*: _____ | | | |
| | Name of Creditor *(printed)*: | | | |
| | | | | |
| | | | | |
| | *(check one)*: | | | |
| | ☐ Deed of Trust/Mortgage | | | |
| | ☐ Car loan | | | |
| | ☐ Lease | | | |
| | ☐ Other *(specify)*: _____ | | | |

6.   ☐   *Continued on Attached Page.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   Page 3                          **F 3015-1.4.DEC.PRECONF.PYMTS**

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: _____**09/06/2024**_____        By: _____

                                         Jacqueline Sorroya Burnett
                                         Signature of Debtor 1

Date: _____        By: _____

                                         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                    Page 4                    **F 3015-1.4.DEC.PRECONF.PYMTS**