**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

Tuesday, September 10, 2024                                                                 Hearing Room    302

1:30 PM
**6:24-13434**    **Jacqueline Sorroya Burnett**                                           **Chapter 13**

                                         Telephonic Hearing

#24.00    CONT'D Debtor's Motion to Avoid Lien and, if applicable,
         for Turnover of Property

         **OST**

         **FR. 7/25/24 (MH); 8/6/24**

         Susan Luong to appear by telephone (626)616-5008  *delete*
         Benjamin Heston to appear by telephone (951)290-2827  *delete*

                              Docket    16

**Matter Notes:**
    **GRANTED:** ✓                        **DENIED:** _____

    **CONT'D. TO:** _____

        **Briefing filed:** _____

        **Opposition filed:** _____

        **Reply filed:** _____

    **WITHDRAWN:** _____

        Order Lodged by:  *B. Heston*

**Tentative Ruling:**
    - NONE LISTED -

                              **Party Information**
**Debtor(s):**

    Jacqueline Sorroya Burnett            Represented By
                                          Benjamin Heston