# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, September 10, 2024**　　　　　　　　　　　　　　　　　　　　　　**Hearing Room**　**302**

<u>1:30 PM</u>
**6:24-13434**　　**Jacqueline Sorroya Burnett**　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

<u>Telephonic Hearing</u>

**#25.00**　　Confirmation of Chapter 13 Plan

**Susan Luong to appear by telephone (626)616-5008** — *Debtor*
**Benjamin Heston to appear by telephone (951)290-2827**

　　　　　　　　　　Docket　　　11

**Matter Notes:**

**Consent Calendar**

(　) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

　　　　　　　　　Duration _____

　　　　　　　　　Payment $_____

(✓) **Continued** to __10-22-24__ at 1:30 p.m.

　**341(a)**　　　_____ at 9:00 a.m.

(　) **Objection** to plan:　(　) Withdrawn　(　) Sustained　(　) Overruled

(　) **Case Dismissed**

　　　　　(　) without prejudice　　(　) Under § 109(g)

　　　　　(　) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**