United States Bankruptcy Court

Central District of California

In re:                                                                                  Case No. 24-13434-SY

Jacqueline Sorroya Burnett                                                              Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                      Page 1 of 1

Date Rcvd: Sep 12, 2024                       Form ID: pdf042                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

**Recip ID              Recipient Name and Address**
db                  +  Jacqueline Sorroya Burnett, 524 Botan Street, Perris, CA 92571-7812

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | |
| | on behalf of Debtor Jacqueline Sorroya Burnett bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | |
| | notice-efile@rodan13.com |
| United States Trustee (RS) | |
| | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

**CHANGES MADE BY COURT**

☐ *Debtor appearing without attorney*
☒ *Attorney for*: Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

**JACQUELINE SORROYA BURNETT,**

Debtor(s).

CASE NUMBER: 6:24-bk-13434-SY

CHAPTER: 13

**ORDER   ☒ GRANTING   ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) AND, IF APPLICABLE, FOR TURNOVER OF PERSONAL PROPERTY**

☐ No hearing held
☒ Hearing held

DATE: September 10, 2024
TIME: 1:30 p.m.
COURTROOM: 302
ADDRESS:  3420 Twelfth Street
          Riverside, CA 92501

**Creditor Holding Lien to be Avoided** (*name*): National Collegiate Student Loan Trust 2006-2

The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor moved to avoid lien(s) on personal property claimed to be exempt, with respect to Creditor.  The court finds and orders as follows:

1. ☒  Notice of this motion complied with LBR 9013-1(d).

2. ☐  Notice of this Motion complied with LBR 9013-1(o).

   a. ☐  There was no opposition and request for hearing.

   b. ☐  Hearing requested and held as indicated in the caption.

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3.  Motion is granted as set forth in the **Attachment** to this order.

4.  Motion is denied on the following grounds:    ☐ With Prejudice        ☐ Without Prejudice

    a.  ☐  Insufficient notice

    b.  ☐  Failure to comply with FRBP 7004(b)(3) and California Code of Civil Procedure § 416.10 for corporations

    c.  ☐  Failure to comply with FRBP 7004(h).

    d.  ☐  Insufficient evidence of the exempt status of the property in question

    e.  ☐  Other (specify):

5.  ☐  The court further orders as follows (specify):

    ☐  See attached page

                                            ###

Date: September 12, 2024

_____
Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF NON-POSSESSORY, NONPURCHASE-MONEY LIENS, OR JUDICIAL LIENS, ON PERSONAL PROPERTY)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** National Collegiate Student Loan Trust 2006-2

2. **Subject Lien:** Date (*specify*): _____  and place (*specify*): Riverside County Sheriff's Office of lien (if applicable); Recording information (if applicable): Levying Officer File No. 2024201282.

3. **Collateral description:** Garnished wages totaling $4,158.02.  ☐ See attached page.

4. **Secured Claim Amount**

   a. Value of Collateral: …………………………………………………………………  $4,158.02

   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):

   　(1) First lien: ………………………………………..  ($4,158.02) *[Subject Lien]*

   　(2) Second lien: ……………………………………….  ($_____)

   　(3) Third lien: ………………………………………..  ($_____)

   　(4) Additional senior liens (*attach list*): …………………  ($_____)

   c. Amount of Debtor's exemption(s): ………………………...  ($4,158.02)

   d. Subtotal: ……………………………………………………………………….  ($8,316.04)

   e. Secured Claim Amount (negative results should be listed as -$0-):  $0.00

   Unless otherwise ordered, *the Subject Lien* is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's Request to avoid Creditor's lien is granted as follows.

   a. ☐ The Subject Lien is a nonpossessory, non-purchase money security interest in one or more of the types of personal property listed in 11 U.S.C. § 522(f)(1)(B)(i), (ii), or (iii), and the fixing of that lien impairs Debtor's exemption(s).

   b. ☒ The Subject Lien is a judicial lien, other than a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations), and the fixing of that lien impairs Debtor's exemption(s).

   c. The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

6. **Other provisions:**

   a. ☒ Turnover of the Collateral by Creditor is required under 11 U.S.C. §§ 542 or 543.

   b. ☒ The court further orders as follows (*specify*):

   　Any check should be made out to Jacqueline Burnett, not the debtor's maiden name Jacqueline Hardy.

   ☐ See attached page(s) for more liens/provisions.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*　　　　　　　　　　Page 3　　　　　　　　**F 4003-2.2.AVOID.LIEN.PP.ORDER**