**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-13434-SY |
| JACQUELINE SORROYA BURNETT, | Chapter 13 |
| Debtor. | **REPLY TO TRUSTEE'S OBJECTION PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7** |
| | Hearing:<br>Date: October 22, 2024<br>Time: 1:30 p.m.<br>Courtroom: 302<br>Location: 3420 Twelfth Street<br>           Riverside, CA 92501 |

  Debtor, Jacqueline Sorroya Burnett, hereby replies to the Objection to Confirmation filed by the Chapter 13 Trustee (docket #26), and alleges as follows:

  The Debtor's Amended Chapter 13 Plan (docket #33) increased the payment by $100 and added in the step-up requested in the Objection to account for the auto loan that would be paid off during the plan. These changes increased the dividend paid to unsecured creditors from $0 to $7,255, and the percentage increased to 5.5% based on filed claims totaling $131,087.

  On September 25, 2024, Debtor received a letter from the US Department of Education (USDOE) informing her that she had completed her Public Service Loan Forgiveness program and her federal loans would be forgiven. Attached hereto is a true and correct copy of this letter. It is anticipated that the USDOE / Nelnet will be withdrawing or amending their claim so that it is not included in the class of 5A creditors. This change will increase the plan to pay 39% to general unsecured creditors.

1 | The Debtor has cured all of the other objections and deficiencies raised by the Chapter 13 Trustee.

For the reasons stated herein, it is respectfully requested that the Court confirm the Amended Chapter 13 Plan.

NEXUS BANKRUPTCY

Date: July 26, 2024    /s/Benjamin Heston
BENJAMIN HESTON

# ATTACHMENT

# Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

10-04-2024

JACQUELINE BURNETT
524 BOTAN ST
PERRIS, CA 92572

Dear JACQUELINE,

Thank you for your public service. As of the date of this letter, we have determined you are eligible for Public Service Loan Forgiveness (PSLF) or Temporary Expanded PSLF (TEPSLF) on one or more of your loans.

**Loans eligible for forgiveness**

| Loan Disbursement Date | Loan Type | Balance | Servicer | Effective Date of Forgiveness | PSLF or TEPSLF |
|---|---|---|---|---|---|
| 09/01/2011 | Direct Stafford Subsidized | 7792.00 | DEPT OF ED/NELNET | 09/30/2022 | PSLF |
| 09/22/2010 | Direct Stafford Unsubsidized | 11857.00 | DEPT OF ED/NELNET | 09/30/2022 | PSLF |
| 08/30/2010 | Direct Consolidation Subsidized | 28244.00 | DEPT OF ED/NELNET | 05/31/2021 | PSLF |
| 08/30/2010 | Direct Consolidation Unsubsidized | 46376.00 | DEPT OF ED/NELNET | 05/31/2021 | PSLF |
| 09/01/2011 | Direct Stafford Unsubsidized | 11855.00 | DEPT OF ED/NELNET | 09/30/2022 | PSLF |
| 09/22/2010 | Direct Stafford Subsidized | 7792.00 | DEPT OF ED/NELNET | 09/30/2022 | PSLF |

The information above was generated as of the date of this letter and does not reflect real-time activity with your servicer such as recent payments or balance changes.

**What you can expect**

Your loan servicer will send you a communication about PSLF/TEPSLF forgiveness within 30 business days. You don't need to take any action as you await this update from your loan servicer. To monitor the status of your loan forgiveness, you can log into your account with your servicer. Congratulations on reaching 120 qualifying payments for Public Service Loan Forgiveness.

For more information about PSLF or TEPSLF, visit StudentAid.gov/publicservice.

Sincerely,
Federal Student Aid
U.S. Department of Education

| Date | Loan Type | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| 08/30/2010 | Direct Consolidation Unsubsidized | 46376.00 | | 167 | 155 | 167 | 155 |
| 09/14/2004 | Direct Stafford Subsidized | .00 | | | | | |
| 09/01/2011 | Direct Stafford Unsubsidized | 11855.00 | | 141 | 139 | 141 | 139 |
| 04/29/2002 | Direct Stafford Subsidized | .00 | | | | | |
| 09/01/2011 | Direct Stafford Subsidized | 7792.00 | | 141 | 139 | 141 | 139 |
| 07/22/2008 | Direct Stafford Unsubsidized | .00 | | | | | |
| 09/22/2010 | Direct Stafford Subsidized | 7792.00 | | 141 | 139 | 141 | 139 |
| 09/18/2008 | Direct Stafford Unsubsidized | .00 | | | | | |
| 08/07/2006 | Direct Consolidation Subsidized | .00 | | | | | |
| 07/13/2007 | Direct Consolidation Subsidized | .00 | | | | | |
| 09/22/2010 | Direct Stafford Unsubsidized | 11857.00 | | 141 | 139 | 141 | 139 |
| 09/15/2003 | Direct Stafford Subsidized | .00 | | | | | |

*The information above was generated as of the date of this letter and may not reflect real-time activity since the submission of your most recent PSLF form.*

The table above includes your eligible payments that require employment certification and your PSLF/TEPSLF qualifying payments.

- An eligible payment (EP) meets qualifying monthly payment requirements for PSLF or TEPSLF, but employment has not yet been certified for that month.

- Once certified employment has been approved, it is matched to an EP and results in a PSLF/TEPSLF qualifying payment (QP). However, if you consolidate your loans on or after September 1, 2024, and the dates of your employment are prior to the consolidation, a weighted average will be applied to determine your QP count from the loans included in your consolidation loan.

- To receive PSLF/TEPSLF, you need 120 months of qualifying payments.

If you have any questions about your PSLF form submission, this letter, or the PSLF or TEPSLF programs, please visit StudentAid.gov/publicservice to learn more or call us at 1-888-303-7818. To view your certified employment and PSLF payment history, log in to StudentAid.gov/login with your account username and password. After you log in, navigate to My Aid where you can get this information as soon as it is updated. You may also access prior PSLF form submissions on your account through My Activity.

Sincerely,
Federal Student Aid
U.S. Department of Education

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

09-25-2024

JACQUELINE BURNETT
524 BOTAN ST
PERRIS, CA 92572

Dear JACQUELINE,

We are pleased to provide you with an update about your progress toward Public Service Loan Forgiveness (PSLF) or Temporary Expanded PSLF (TEPSLF).

**PSLF/TEPSLF Status**

| Loan Disbursement Date | Loan Type | Balance | Servicer | PSLF EPs | PSLF QPs | TEPSLF EPs | TEPSLF QPs |
|---|---|---|---|---|---|---|---|
| 01/02/2002 | Direct Stafford Subsidized | .00 | | | | | |
| 07/13/2007 | Direct Consolidation Unsubsidized | .00 | | | | | |
| 08/07/2006 | Direct Consolidation Unsubsidized | .00 | | | | | |
| 09/12/2006 | Direct Stafford Unsubsidized | .00 | | | | | |
| 08/30/2010 | Direct Consolidation Subsidized | 28244.00 | | 167 | 155 | 167 | 155 |
| 05/09/2003 | Direct Stafford Subsidized | .00 | | | | | |
| 09/09/2002 | Direct Stafford Subsidized | .00 | | | | | |
| 09/18/2001 | Direct Stafford Subsidized | .00 | | | | | |
| 09/13/2005 | Direct Stafford Subsidized | .00 | | | | | |
| 09/24/2009 | Direct Stafford Unsubsidized | .00 | | | | | |
| 09/14/2004 | Direct Stafford Unsubsidized | .00 | | | | | |
| 08/24/2007 | FFEL Stafford Sub or FFEL Stafford Non-Sub | .00 | | | | | |
| 08/24/2007 | FFEL Stafford Unsub | .00 | | | | | |
| 10/21/2000 | Direct Stafford Subsidized | .00 | | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO TRUSTEE'S OBJECTION PLAN CONFIRMATION AND REQUEST FOR DISMISSAL OR CONVERSION TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/15/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.comcacb
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/15/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE