# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 22, 2024**  **Hearing Room  302**

---

<u>1:30 PM</u>
**6:24-13434**     **Jacqueline Sorroya Burnett**     **Chapter 13**

<u>Telephonic Hearing</u>

#18.00    CONT'D Confirmation of Chapter 13 Plan

**FR. 9/10/24**

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (951)290-2827 *peather*

Docket    33

**Matter Notes:**

**Consent Calendar**

(✓) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay __8__

Duration __60__

Payment $ __100 (1-4)__
         __$400 (5-60)__

(  ) **Continued** to _____ at 1:30 p.m.

  341(a)  _____ at 9:00 a.m.

(  ) **Objection** to plan:   (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

    (  ) without prejudice    (  ) Under § 109(g)

    (  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
  - NONE LISTED -

**Party Information**