# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Jacqueline Sorroya Burnett
**SSN:** xxx–xx–1740
**EIN:** N/A
fka Jacqueline Hardy

524 Botan Street
Perris, CA 92572

**BANKRUPTCY NO.** 6:24–bk–13434–SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: November 5, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**46 / AUTU**