United States Bankruptcy Court

Central District of California

In re:  
Jacqueline Sorroya Burnett  
    Debtor

Case No. 24-13434-SY  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2  
Date Rcvd: Nov 05, 2024     Form ID: ntc13pln     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Sorroya Burnett, 524 Botan Street, Perris, CA 92571-7812 |
| 42016415 | | NorthStar Education Finance, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 42089151 | + | Northstar Education Finance, Inc., 209 Churchill St. W., #105, c/o Swedback Law, PLLC, Stillwater, MN 55082-6297 |
| 42129751 | | YOUR TUITION SOLUTION, PO BOX 650965, DALLAS TX 75265-0965 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 06 2024 01:14:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 06 2024 01:14:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42016410 | | Email/Text: bknotifications@alturacu.com | Nov 06 2024 01:14:00 | Altura Credit Union, 2847 Campus Pkwy, Riverside, CA 92507-0906 |
| 42016411 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 01:17:37 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42016412 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 06 2024 01:18:20 | CAPITAL ONE AUTO FINANCE, PO Box 259407, Plano, TX 75025-9407 |
| 42058156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 01:17:10 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42016413 | ^ | MEBN | Nov 06 2024 00:34:46 | National Collegiate Student Loan Trust, c/o Patenaude & Felix APC, 9619 Chesapeake Dr Ste 300, San Diego, CA 92123-1392 |
| 42016414 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2024 01:14:00 | NelNet / US Dept of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 42043224 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2024 01:14:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

Case 6:24-bk-13434-SY   Doc 47   Filed 11/07/24   Entered 11/07/24 21:20:06   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: ntc13pln | Total Noticed: 13 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jacqueline Sorroya Burnett bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**Central District of California**

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Jacqueline Sorroya Burnett
**SSN:** xxx−xx−1740
**EIN:** N/A
fka Jacqueline Hardy

524 Botan Street
Perris, CA 92572

**BANKRUPTCY NO.** 6:24−bk−13434−SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: November 5, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**46 / AUTU**