| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**JACQUELINE SORROYA BURNETT**<br><br>                                                   Debtor. | CASE NO.: **6:24-bk-13434-SY**<br><br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** |
| | [No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (*check all that apply*):
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on **11/5/2024**.
   Plan payment amount(s): **$100 months 1 through 4; $400 for months 5 through 60**.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **8%**.

4. There have been **0** previous modification or suspension orders.
   Plan payments have been suspended for **n/a** months and/or the plan has been extended for **n/a** months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage paid to Class 5 general unsecured creditors: ___%.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 3015-1.05.MOTION.MODIFY.SUSPEND**

6. Proposed modification:
   ☐ Suspend (*indicate number of plan payments*) __ plan payments.
   ☐ Extend the term by (*indicate number of months*) __ month(s).
   ☐ Reduce the term by (*indicate number of months*) __ month(s).
   ☐ Increase the plan payment from $___ to $___ from (*date*) _____ to (*date*) _____.
   ☐ Reduce the plan payment from $___ to $___ from (*date*) _____ to (*date*) _____.
   ☒ Other: **Retain 2024 income tax refunds.**

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

   Debtor received a 2024 federal tax refund of $3,058 and a state refund of $1,203, totaling $4,261. These funds have been or will be used for necessary and time-sensitive expenses, including:

   - $662 and $354 for vehicle registration
   - $200 for a rim replacement on the Camaro
   - $1,653 and $1,515 estimated for new brakes and tires on both vehicles
   - $132 paid and $132 estimated for oil changes
   - $564 tax preparation fee

   The Camaro is used by Debtor's spouse to transport their children to school and medical appointments; the Tahoe is used by Debtor for work. Reliable transportation is critical to the household's functioning and income. Retaining the tax refund will allow the Debtor to address these essential expenses without incurring new debt or disrupting plan payments.

   **See attached declaration of Jacqueline Burnett.**

   *File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:
   ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors
   OR
   ☐ The percentage paid to Class 5 general unsecured creditors will change from __% to __%.

Date: 6/26/2025

/s/Benjamin Heston
Benjamin Heston
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 6/26/2025

Jacqueline Sorroya Burnett
Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3015-1.05.MOTION.MODIFY.SUSPEND

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-13434-SY |
| **JACQUELINE SORROYA BURNETT,** | Chapter 13 |
| Debtor. | **DECLARATION OF JACQUELINE SORROYA BURNETT IN SUPPORT OF MOTION TO MODIFY PLAN** |

I, Jackie Burnett, declare as follows:

1. I am the debtor in this Chapter 13 bankruptcy case. This declaration is based on my personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2. For tax year 2024, I received a federal tax refund of $3,058 and a state refund of $1,203, for a total of $4,261. Although my IRS Form 1040 indicates that I was entitled to a federal refund of $3,622, my tax preparer retained $564 as her fee, leaving me with the $3,058 amount actually received.

3. The refund has been or will be used to cover the following urgent and necessary expenses, many of which have already been paid:

    - Vehicle Registration:
        o Paid $662 for registration tags for my 2022 Tahoe
        o Paid $354 for overdue registration tags for our 2017 Camaro
    - Vehicle Maintenance and Repairs:

1

- Paid $200 to replace a cracked rim on the rear tire of the Camaro
- Need to pay $1,653 for new brakes and tires for the Camaro
- Need to pay $1,515 for new brakes and tires for the Tahoe
- Paid $132 for an oil change for the Tahoe
- Estimate of $132 for an upcoming oil change for the Camaro
- Tax Preparation:
  - Paid $564 to my tax preparer, which was deducted directly from my federal refund

4. Attached hereto as Exhibit A are proof of these expenses.

5. These expenses are essential for the health, safety, and financial stability of my household. The Camaro is used by my spouse, Raji, to transport our children to and from school and to critical medical appointments, including speech and physical therapy. The vehicle is in poor condition, including squealing brakes and worn tires, and is unsafe to drive without immediate repairs. I use the Tahoe for commuting to work. Both vehicles must be kept in good working order to ensure that we can continue earning income and caring for our children.

6. Retaining the tax refund will allow us to address these immediate and unavoidable needs without jeopardizing our plan or incurring new debt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 26, 2025

Jacqueline Burnett

2

  

ISD 83 VR (REV. 4/2024)
STATE OF CALIFORNIA
Department of Motor Vehicles

## VEHICLE REGISTRATION RENEWAL NOTICE

| VIN | MAKE | YR | BODY TYPE | LICENSE PLATE | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|---|
| 1GNSCRKD3MR330079 | CHEV | 2021 | UT | 8WDS467 | $662 | 04/22/2025 |

**To renew, just provide:**

 **Renewal Fees**

 **RENEW ONLINE, BY KIOSK, OR PHONE**
Your Renewal Identification Number is **409107**
VISIT **WWW.DMV.CA.GOV** or CALL **1-800-777-0133**

Return by Mail

| FEES | |
|---|---|
| REGISTRATION FEE | $300 |
| LICENSE FEE (May be an income tax deduction) | $329 |
| WEIGHT FEE | $0 |
| SPECIAL PLATE FEE | $0 |
| COUNTY/DISTRICT FEES | $13 |
| OWNER RESPONSIBILITY FEE | $0 |
| SMOG ABATEMENT FEE | $20 |
| **TOTAL DUE ON OR BEFORE 04/22/2025** | **$662** |

**OR $27 TO FILE PLANNED NONOPERATION**

| LATE PAYMENT | | |
|---|---|---|
| POSTMARKED | RENEWAL | PNO |
| After 04/22/25 through 05/02/25 | $715 | $70 |
| After 05/02/25 through 05/22/25 | $758 | $108 |
| After 05/22/25 through 07/21/25 | $919 | $254 |
| AFTER 07/21/2025 | $919 | NO PNO |

 **PLANNED NONOPERATION**
If you plan not to operate (PNO) this vehicle, please check the box and return the bottom part with your PNO payment.

**DETACH AND RETURN**

- Planned Nonoperation
- Change of Address (see back)
- For DMV Use Only

020101  08321328040607  0066200  11250300000000
00050709000  0000025700  16036999 42

A511111A  C012225S02  33869  P10001

| LICENSE NUMBER | MAKE |
|---|---|
| 8WDS467 | CHEV |
| VIN | |
| 1GNSCRKD3MR330079 | |
| DMV USE | DUE DATE | AMOUNT DUE |
| | 04/22/2025 | $662 |

StubA

**MAKE PAYMENT TO:**

BURNETT JACQUELINE S
524 BOTAN ST
PERRIS CA 92571-7812

DMV RENEWAL
P.O. BOX 942897
SACRAMENTO CA 94297-0897

02010108321328040607006620011250300000000005070900000000025700160369942




ISD 83 VR (REV. 4/2024)
STATE OF CALIFORNIA
Department of Motor Vehicles

# VEHICLE REGISTRATION RENEWAL NOTICE

| VIN | MAKE | YR | BODY TYPE | LICENSE PLATE | AMOUNT DUE | DUE DATE |
|---|---|---|---|---|---|---|
| 1G1FB3DS4J0170356 | CHEV | 2018 | 2D | 8DQK038 | $262 | 05/08/2025 |

**To renew, just provide:**

  **Renewal Fees**

  **RENEW ONLINE, BY KIOSK, OR PHONE**
Your Renewal Identification Number is **626135**
VISIT WWW.DMV.CA.GOV or CALL 1-800-777-0133

**Return by Mail**

| FEES | |
|---|---|
| REGISTRATION FEE | $171 |
| LICENSE FEE (May be an income tax deduction) | $53 |
| WEIGHT FEE | $0 |
| SPECIAL PLATE FEE | $0 |
| COUNTY/DISTRICT FEES | $13 |
| OWNER RESPONSIBILITY FEE | $0 |
| SMOG ABATEMENT FEE | $25 |
| **TOTAL DUE ON OR BEFORE 05/08/2025** | **$262** |

**OR $27 TO FILE PLANNED NONOPERATION**

| LATE PAYMENT | | |
|---|---|---|
| POSTMARKED | RENEWAL | PNO |
| After 05/08/25 through 05/18/25 | $287 | $42 |
| After 05/18/25 through 06/07/25 | $303 | $53 |
| After 06/07/25 through 08/06/25 | $354 | $89 |
| AFTER 08/06/2025 | $354 | NO PNO |

**PLANNED NONOPERATION**
If you plan not to operate (PNO) this vehicle, please check the box and return the bottom part with your PNO payment.

- Planned Nonoperation
- Change of Address (see back)
- For DMV Use Only

☐ ☐ ☐

**DETACH AND RETURN**

020101  08132620000308  0026200  12850700030000
00050506000  0000009200  16036999 53

A511111A  C021225P02  14302  P10001

| LICENSE NUMBER | MAKE |
|---|---|
| 8DQK038 | CHEV |
| VIN | |
| 1G1FB3DS4J0170356 | |
| DMV USE | DUE DATE | AMOUNT DUE |
| | 05/08/2025 | $262 |

StubA

**MAKE PAYMENT TO:**



BURNETT JACQUINE SORROYA
524 BOTAN ST
PERRIS CA 92571-7812

DMV RENEWAL
P.O. BOX 942897
SACRAMENTO CA 94297-0897

02010108132620000308000262001285070003000000005050600000000009200160369953

| QUOTE | | | | | SERVICE ADVISOR: |
|---|---|---|---|---|---|
| 3170944 | | FIRESTONE COMPLETE AUTO CARE | | | 04  EDGAR |
| | | 24673 ALESSANDRO BLVD | | | 951.242.6631 |
| | | MORENO VALLEY, CA. 92553-3929 | | | |

Printed on 05/03/2025

**NO CUSTOMER**

2018 CHEVROLET CAMARO LT
3.6L V6 FI GAS VIN S DOHC
LIC #                VIN #
IN                   MILEAGE 0

Store #   023116          **QUOTE**          REG#ARD222534, EPA#CAL000365882

| Description | Article Number | T# | Qty | Part | Labor | Extended Price | Job Total |
|---|---|---|---|---|---|---|---|
| **FRONT BRAKE JOB (DISC)** | | | | | | | 718.97 |
| Visually inspect the braking system. Measure and document brake specifications | | | | | | | |
| Remove old front brake pads | | | | | | | |
| Install new front brake pads | | | | | | | |
| Resurface and clean brake rotors, IF APPLICABLE | | | | | | | |
| Test drive vehicle | | | | | | | |
| 72066DL DL BRAKE ROTOR | 7020435 | | 2 | 205.99 | | 411.98 | |
| DE1886 DURALAST ELITE BRAKE PAD | 7001880 | | 1 | 119.99 | | 119.99 | |
| REMOVE & REPLACE DISC ROTOR - FRONT, BOTH | 7019991 | | 1 | | 187.00 | 187.00 | |
| **REAR BRAKE JOB ( DISC)** | | | | | | | 707.97 |
| Visually inspect the braking system. Measure and document brake specifications | | | | | | | |
| Remove old rear brake pads | | | | | | | |
| Resurface and clean brake rotors, IF APPLICABLE | | | | | | | |
| Install new rear brake pads | | | | | | | |
| Test drive vehicle | | | | | | | |
| 72065DG DLG BRAKE ROTOR | 7020435 | | 2 | 210.99 | | 421.98 | |
| DG1877 DISC BRAKE PADS | 7001880 | | 1 | 98.99 | | 98.99 | |
| REMOVE & REPLACE DISC ROTOR - REAR, BOTH | 7019993 | | 1 | | 187.00 | 187.00 | |
| **BRAKE FLUID EXCHANGE WITH ABS** | | | | | | | 131.96 |
| BRAKE FLUID HAZARDOUS WASTE RECYCLING | 7004536 | | 1 | 3.99 | | 3.99 | |
| BRAKE FLUID EXCHANGE | 7088943 | | 1 | 19.99 | | 19.99 | |
| BRAKE FLUID EXCHANGE LABOR | 7086967 | | 1 | | 71.99 | 71.99 | |
| ADDITIONAL LABOR TO BLEED ABS | 7097772 | | 1 | | 35.99 | 35.99 | |
| Visually inspect the braking system. Measure and document brake specifications | | | | | | | |
| Remove the old brake fluid from the master cylinder reservoir (if assessable) | | | | | | | |
| Fill master cylinder with new brake fluid | | | | | | | |
| Using a vacuum bleeder, remove the old fluid from the ABS unit (if assessable) | | | | | | | |
| Using brake flush equipment, remove the old fluid from the hoses, lines and wheel cylinder or caliper at each wheel | | | | | | | |
| Top off the master cylinder reservoir with new fluid | | | | | | | |
| Test drive vehicle | | | | | | | |



| QUOTE | FIRESTONE COMPLETE AUTO CARE | SERVICE ADVISOR: |
|---|---|---|
| 3170944 | Main Document Page 9 of 13 | 04 EDGAR |
| Printed on 05/03/2025 | MORENO VALLEY, CA. 92553-3929 | 951.242.6631 |

NO CUSTOMER

2018 CHEVROLET CAMARO LT
3.6L V6 FI GAS VIN S DOHC
LIC #                    VIN #
IN                                          MILEAGE  0

Store #   023116                           QUOTE        REG#ARD222534, EPA#CAL000365882

| Description | Article Number | T# | Qty | Part | Labor | Extended Price | Job Total |
|---|---|---|---|---|---|---|---|

*Prices valid for 30 days.*

| Summary | |
|---|---|
| Parts | 1,076.92 |
| Labor | 481.98 |
| Shop Supplies | 0.00 |
| Sub | 1,558.90 |
| Tax | 94.23 |
| Total | 1,653.13 |

**THIS IS NOT AN INVOICE- DO NOT PAY**

Page 2 of 2

Quote1 170419 504004

| QUOTE | | | | | SERVICE ADVISOR: |
|---|---|---|---|---|---|
| 3170944 | | FIRESTONE COMPLETE AUTO CARE | | | 04 EDGAR |
| | | 24675 ALESSANDRO BLVD | | | 951.242.6631 |
| | | MORENO VALLEY, CA. 92553-3929 | | | |

Case 6:24-bk-13434-SY    Doc 53    Filed 07/07/25    Entered 07/07/25 09:28:44    Desc
Main Document    Page 10 of 13

Printed on 05/03/2025

NO CUSTOMER

2001 CHEVROLET TAHOE LS
5.3L V8 FI GAS VIN T OHV
LIC #                    VIN #
IN                       MILEAGE 0

Store # 023116                                QUOTE          REG#ARD222534, EPA#CAL000365882

| Description | Article Number | T# | Qty | Part | Labor | Extended Price | Job Total |
|---|---|---|---|---|---|---|---|
| **BRAKE FLUID EXCHANGE WITH ABS** | | | | | | | 131.96 |
| BRAKE FLUID HAZARDOUS WASTE RECYCLING | 7004536 | | 1 | 3.99 | | 3.99 | |
| BRAKE FLUID EXCHANGE | 7088943 | | 1 | 19.99 | | 19.99 | |
| BRAKE FLUID EXCHANGE LABOR | 7086967 | | 1 | | 71.99 | 71.99 | |
| ADDITIONAL LABOR TO BLEED ABS | 7097772 | | 1 | | 35.99 | 35.99 | |
| Visually inspect the braking system. Measure and document brake specifications | | | | | | | |
| Remove the old brake fluid from the master cylinder reservoir (if assessable) | | | | | | | |
| Fill master cylinder with new brake fluid | | | | | | | |
| Using a vacuum bleeder, remove the old fluid from the ABS unit (if assessable) | | | | | | | |
| Using brake flush equipment, remove the old fluid from the hoses, lines and wheel cylinder or caliper at each wheel | | | | | | | |
| Top off the master cylinder reservoir with new fluid | | | | | | | |
| Test drive vehicle | | | | | | | |
| **FRONT BRAKE JOB (DISC)** | | | | | | | 625.97 |
| Visually inspect the braking system. Measure and document brake specifications | | | | | | | |
| Remove old front brake pads | | | | | | | |
| Install new front brake pads | | | | | | | |
| Resurface and clean brake rotors, IF APPLICABLE | | | | | | | |
| Test drive vehicle | | | | | | | |
| DG785 DURALAST GOLD BRAKE PAD | Generic | | 1 | 98.99 | | 98.99 | |
| 55054DG DLG BRAKE ROTOR | Generic | | 2 | 169.99 | | 339.98 | |
| REMOVE & REPLACE DISC ROTOR - FRONT, BOTH | 7019991 | | 1 | | 187.00 | 187.00 | |
| **REAR BRAKE JOB ( DISC)** | | | | | | | 673.97 |
| Visually inspect the braking system. Measure and document brake specifications | | | | | | | |
| Remove old rear brake pads | | | | | | | |
| Resurface and clean brake rotors, IF APPLICABLE | | | | | | | |
| Install new rear brake pads | | | | | | | |
| Test drive vehicle | | | | | | | |
| DE834 DURALAST ELITE BRAKE PAD | Generic | | 1 | 142.99 | | 142.99 | |
| 55066DG DLG BRAKE ROTOR | Generic | | 2 | 171.99 | | 343.98 | |
| REMOVE & REPLACE DISC ROTOR - REAR, BOTH | 7019993 | | 1 | | 187.00 | 187.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
QUOTE 3170944 | Case 6:24-bk-13434-SY Doc 53 Filed 07/07/25 Entered 07/07/25 09:28:44 Desc | | FIRESTONE COMPLETE AUTO CARE | | | SERVICE ADVISOR: | |
| | Main Document Page 11 of 13 | | 24076 ALESSANDRO BLVD | | | 04 EDGAR | |
| | | | MORENO VALLEY, CA. 92553-3929 | | | 951.242.6631 | |

Printed on 05/03/2025

NO CUSTOMER

2001 CHEVROLET TAHOE LS
5.3L V8 FI GAS VIN T OHV
LIC #                    VIN #
IN                       MILEAGE  0

| Store # | 023116 | | QUOTE | | REG#ARD222534, EPA#CAL000365882 | | |
|---|---|---|---|---|---|---|---|
| Description | | Article Number | T# | Qty | Part | Labor | Extended Price | Job Total |

Prices valid for 30 days.

| Summary | |
|---|---|
| Parts | 949.92 |
| Labor | 481.98 |
| Shop Supplies | 0.00 |
| Sub | 1,431.90 |
| Tax | 83.12 |
| Total | 1,515.02 |

**THIS IS NOT AN INVOICE- DO NOT PAY**

4/23/25   11:26 AM
Store 819 Invoice # 8274350
BAR Registration # ARD299434
CAL EPA ID#: CAL000458626

**OIL CHANGERS** EST. 1984

2634 E. Alessandro Blvd
Riverside, CA 92508
(951) 656-2300

Manager: Chase Hudson
Assistant:

**Hood Technician** 16005
**Lube Technician** 15701

**1-800-640-2405**
Monday-Friday 8am-7pm

www.oilchangers.com
Saturday 8am-6pm

info@oilchangers.com
Sunday 9am-5pm

| Customer | Year | Make | Model | Engine | VIN | License | Mileage |
|---|---|---|---|---|---|---|---|
| BENETT, RAJI | 2021 | Chevrolet | Tahoe | [D] 8 Cyl 5.3 L(325) | 1GNSCRKD3MR330079 | 8WDS467 | 54005 |

### CHECKLIST

| | |
|---|---|
| Transmission Fluid | No Dipstick |
| Coolant Reservoir | Full |
| Power Steering Fluid | ELC/elc |
| Fuel System Service | OK |
| Oil System Cleaner | OK |
| Air Filter | OK |
| Belts | OK |
| Washer Fluid | Top Off |
| Brake Fluid | Checked |
| Battery | Maintenance Free |
| Wash Windshield | Completed |
| Lights | Checked |
| Under Hood | Inspected |
| Under Vehicle | Inspected |
| Wiper Blades | OK |
| Tire Pressures | Checked/F 36 R 36 |
| Lubrication Points | SealedFittings |
| Torque Drain Plugs | Completed |
| Free Top Off | Before 3 Mos & 3000 Mi |
| Maint Reminder Reset | Yes |

### SERVICES

| Description | Qty | Price |
|---|---|---|
| FULL SERVICE SYNTHETIC OIL CHANGE | 1.000 | 96.99 |
| KENDALL 0W20S GT-1 MAX, GF-6 (Dexos1 GEN2) SP, SN + (BULK) QUAR | 5.000 | |
| KENDALL 0W20S GT-1 MAX, GF-6 (Dexos1 GEN2) SP, SN + (BULK) QUAR | 3.000 | 26.97 |
| TL22500 OIL FILTER | 1.000 | |
| CALIFORNIA HAZARDOUS WASTE HANDLING FEE | 1.000 | 1.00 |

### HISTORY

| Date | Mileage | Services |
|---|---|---|
| 2025-04-23 | 54005 | LOF |
| 2024-10-31 | 46379 | LOF |
| 2024-05-30 | 40074 | LOF |

### COMMENTS



*Drive Thru. Drive Happy*



View our guarantee and privacy policy by scanning the QR code or visiting www.oilchangers.com/notice.

### PAYMENT

| | |
|---|---|
| Subtotal Labor | $42.04 |
| Subtotal Parts (taxable) | $82.92 |
| Subtotal | $124.96 |
| Tax (8.750%) | $7.26 |
| Total | $ 132.22 |
| Tip | $0 |
| Amount Due Today | $ 132.22 |
| Amt Tendered Mastercard $132.22 | ($132.22) |
| Change | $0.00 |

**Signature** ___✓___

With this signature I confirm that I understand the claim procedures [https://oilchangers.com/limited-claims-procedure/ ] and approve all prices. I understand that if a repair is needed, I must contact Oil Changers first or I waive my right to reimbursement.

Debit 2079 Amt: 132.22
Mthd: Mastercard
Auth Code:228101 Trans ID: 22744613787
Aid:A0000000042203 AppLabel: US Debit PIN Statement: PIN Online Cryptogram: 80
Entry: EMV Response: 00/APPROVED

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION UNDER LBR 3015-1(N) AND (W) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/7/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/7/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/7/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**