ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501-3332
(951) 826-8000   FAX (951) 826-8090

FOR COURT USE ONLY

☒

Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Chapter: 13**

Case Number: **6:24-bk-13434-SY**

In re:   **JACQUELINE SORROYA BURNETT**

Debtor(s)

## TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS

The undersigned Chapter 13 Trustee, having reviewed the Motion to Modify/Suspend Plan Payments (the "Application") filed:**7/7/2025** as docket entry number **53** provides the following response to the Application:

SUMMARY OF REQUESTED RELIEF:  Retain the 2024 tax refund.

**☒** APPROVE ON THE FOLLOWING CONDITIONS:

TRUSTEE'S RECOMMENDATION: See attached.

Dated: 7/23/2025

_____
/s/ Rod Danielson
Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Burnett #24-13434-SY

The trustee notes that the debtor's motion references a total refund amount of $4,261 while the actual total refund amount is $4,825.  The motion was careful to use the word "received" when referring to the refund since the federal refund of $3,622 was used to pay $564 to the tax preparer.  Technically, then, the debtor received only $3,058 from the IRS after the preparer's fee was deducted.  However, the right to receive a tax refund constitutes an interest in the property.  *Nichols v. Birdsell,* 491 F.3d 987 (9th Cir.2007).  The fact that the debtor elected to pay the tax preparer directly from the refund does not remove the obligation to turn over the funds.  Fortunately, the debtor is allowed an allowance of $500, so the total amount required to be turned over is only $4,325.

Per the motion, the debtor has already used $1,412 of the $4,325 refund ($662 registration, $354 overdue registration, $200 rim, $132 oil change, $64 tax preparer in excess of the $500 allowance).  The tax refund is not to be used to pay expenses that are already provided for in the debtor's budget.  The auto expenses stated in the motion are covered by the auto maintenance expense included on the schedule J.

The debtor has willfully converted those funds for her own use without court authorization, and there is no legal basis for permitting debtor to keep those funds at the expense of creditors.  If the debtor wishes to receive the benefits of a chapter 13, then the debtor should comply with the chapter 13 order confirming plan, which requires turnover of the refund.

Additionally, the debtor failed to provide any proof of income in support of the motion (the trustee would have needed the monthly paystubs starting June 2024 through July 2025).

Therefore, the trustee recommends: debtor to turn over the $2,913 balance of the remaining refund that hasn't been spent yet; increase plan base by $1,412 (from $22,800 to $24,212); increase plan payment by $30 (from $400 to $430) starting with the August 18, 2025 plan payment; all other terms remain the same.

| In re:  **JACQUELINE SORROYA BURNETT** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:24-bk-13434-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled:  **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____07/23/2025_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**ben@nexusbk.com**

☐ Service Information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On _____07/23/2025_____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a

Debtor
JACQUELINE SORROYA
BURNETT
524 BOTAN STREET
PERRIS, CA  92572

HONORABLE SCOTT H. YUN
3420 TWELFTH ST, SUITE 345
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**  (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or  (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge

☐ Service Information continued on attached pag

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 07/23/2025 | /s/ Susan Jones |
|---|---|
| Date | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - 07/23/2025 - BK
June 2012

**F 9013-3.1.PROOF.SERVICE**