# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, August 5, 2025** | **Hearing Room 302** |

**10:00 AM**

**6:24-13434**  Jacqueline Sorroya Burnett                                     **Chapter 13**

Telephonic Hearing

#33.00  Trustee's Motion to Dismiss Case
(Tax Returns/Refunds)

Bridget Kelly to appear by telephone (951)826-8000
Benjamin Heston to appear by telephone (949)312-1377  *debtor*

Docket    51

**Matter Notes:**

GRANTED: _____     DENIED: _____

CONT'D. TO:  10-7-25 @ 1:30pm

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

## Party Information

**Debtor(s):**

Jacqueline Sorroya Burnett                    Represented By
                                              Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                            Pro Se