**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| IN RE: | Case No.:  6:24-bk-13434-SY |
|---|---|
| JACQUELINE SORROYA BURNETT | **NOTICE OF INTENT TO INCREASE DIVIDEND TO UNSECURED CREDITOR** |
| Debtor(S) | |

PLEASE TAKE NOTICE that, based upon the terms of the Order Confirming Plan which provide that this is a base plan with Debtor paying $25,713.00 into the plan as disposable income, and based upon the claims filed in the within case, or funds received, or other factors affecting plan payout, it appears that the unsecured creditors in this case are entitled to a higher dividend than that provided in the confirmed plan.  Accordingly, the Trustee will increase the percentage to be paid to unsecured creditors.

Date: 10/8/2025

_____
/s/ Rod Danielson
Signature

PROOF OF SERVICE

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/08/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ben@nexusbk.com

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee in the within case, I am over the age of 18 years, and am not a party to the within action.  My business address is 3787 University Avenue, Riverside, California 92501.  That on the date set forth below I served the foregoing notice on the Debtor(s), and the Debtor's attorney (if any) in this case at the addresses set forth below, by placing a true copy thereof in an envelope and depositing the same, with postage thereon fully prepaid, in the United States mail at Riverside, California.

JACQUELINE SORROYA BURNETT, 524 BOTAN STREET, PERRIS, CA  92572

Served and dated on: October 08, 2025

TONY HO
_____
Type or Print Name

_____
/s/ TONY HO
Signature

Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:24-bk-13434-SY  AS OF 10/8/2025**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 10/07/2025 | $2,913.00 | 10/2025 | $3,313.00 |
| 10/07/2025 | ($2,913.00) | 09/2025 | $400.00 |
| 10/07/2025 | $400.00 | 08/2025 | $400.00 |
| 10/01/2025 | $2,913.00 | 07/2025 | $400.00 |
| 09/10/2025 | $400.00 | 06/2025 | $400.00 |
| 08/13/2025 | $400.00 | 05/2025 | $400.00 |
| 07/10/2025 | $400.00 | 04/2025 | $400.00 |
| 06/06/2025 | $400.00 | 03/2025 | $400.00 |
| 05/07/2025 | $400.00 | 02/2025 | $400.00 |
| 04/09/2025 | $400.00 | 01/2025 | $400.00 |
| 03/11/2025 | $400.00 | 12/2024 | $400.00 |
| 02/07/2025 | $400.00 | 11/2024 | $400.00 |

JACQUELINE SORROYA BURNETT
524 BOTAN STREET
PERRIS, CA  92572

CURRENT CASE DISPOSITION: CASE BEING AUDITED

| | | | | |
|---|---|---|---|---|
| FILING DATE: | 06/18/2024 | MONTHLY PLAN PMT AMT: | $400.00 | FEES PAID TO ATTY: $4,320.00 |
| 1ST MEETING DATE: | 07/31/2024 | GROSS RECEIPTS: | $8,113.00 | FEES PAID TO TRUSTEE: $811.30 |
| CONFIRMATION DATE: | 10/22/2024 | REFUNDS FR CREDITORS: | $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: | $0.00 | BALANCE ON HAND: $2,981.70 |
| PERCENT TO UNSEC.: | 8.00 | | | |

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $5,500.00 | $5,500.00 | $4,320.00 | $0.00 | $1,180.00 |
| 0001 | ALTURA CREDIT UNION | SECURED | 0.00 | $74,773.00 | $76,196.35 | $0.00 | $0.00 | $0.00 |
| 0002 | ALTURA CREDIT UNION | SECURED | 0.00 | $19,085.00 | $18,884.25 | $0.00 | $0.00 | $0.00 |
| 0003 | CAPITAL ONE NA | UNSECURED | 0.00 | $482.00 | $702.23 | $0.00 | $0.00 | $56.18 |
| 0004 | CAPITAL ONE NA | UNSECURED | 0.00 | $4,595.00 | $4,595.08 | $0.00 | $0.00 | $367.61 |
| 0005 | CAPITAL ONE NA | UNSECURED | 0.00 | $4,602.00 | $4,587.80 | $0.00 | $0.00 | $367.02 |
| 0006 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | UNSECURED | 0.00 | $61,174.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | UNSECURED | 0.00 | $79,419.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | NATIONAL COLLEGIATE STUDENT LOAN TRUST | UNSECURED | 0.00 | $101,076.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | US DEPT OF EDUCATION | UNSECURED | 0.00 | $73,702.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $7,683.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $7,684.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $11,693.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $11,691.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | NORTHSTAR EDUCATION FINANCE INC | UNSECURED | 0.00 | $8,709.00 | $8,745.63 | $0.00 | $0.00 | $699.65 |

**TOTAL PRINCIPAL BALANCE OWED\*:   $2,670.46**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.