# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 7, 2025**                                         **Hearing Room    302**

---

1:30 PM
6:24-13434    Jacqueline Sorroya Burnett                                      Chapter 13

Telephonic Hearing ▌

#5.00    CONT'D Trustee's Motion to Dismiss Case
(Tax Returns/Refunds)

FR. 8/5/25

**Bridget Kelly to appear by telephone (951)826-8000** ✓
**Benjamin Heston to appear by telephone (949)312-1377** _debtor_

Docket        51

**Matter Notes:**

   **GRANTED:** _____   **DENIED:** _____

   **CONT'D. TO:** ___11-4-25 @1:30pm___

      **Briefing filed:** _____

      **Opposition filed:** _____

      **Reply filed:** _____

   **WITHDRAWN:** _____

      **Order Lodged by:** _____

**Tentative Ruling:**

   - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Jacqueline Sorroya Burnett                Represented By
                                          Benjamin  Heston

---