Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:24-bk-13434-SY  AS OF 3/31/2026**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/04/26 | $400.00 | 03/2026 | $400.00 |
| 02/05/26 | $400.00 | 02/2026 | $400.00 |
| 01/07/26 | $400.00 | 01/2026 | $400.00 |
| 12/10/25 | $400.00 | 12/2025 | $400.00 |
| 11/13/25 | $400.00 | 11/2025 | $400.00 |
| 10/07/25 | $2,913.00 | 10/2025 | $3,313.00 |
| 10/07/25 | ($2,913.00) | 09/2025 | $400.00 |
| 10/07/25 | $400.00 | 08/2025 | $400.00 |
| 10/01/25 | $2,913.00 | 07/2025 | $400.00 |
| 09/10/25 | $400.00 | 06/2025 | $400.00 |
| 08/13/25 | $400.00 | 05/2025 | $400.00 |
| 07/10/25 | $400.00 | 04/2025 | $400.00 |

JACQUELINE SORROYA BURNETT
524 BOTAN STREET
PERRIS, CA  92572

CURRENT CASE DISPOSITION: <u>ACTIVE</u>

| | | | |
|---|---|---|---|
| FILING DATE: 06/18/2024 | MONTHLY PLAN PMT AMT: $430.00 | FEES PAID TO ATTY: $5,500.00 |
| 1ST MEETING DATE: 07/31/2024 | GROSS RECEIPTS: $10,113.00 | FEES PAID TO TRUSTEE: $1,011.30 |
| CONFIRMATION DATE: 10/22/2024 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $3,588.14 | BALANCE ON HAND: $13.56 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $5,500.00 | $5,500.00 | $5,500.00 | $0.00 | $0.00 |
| 0001 | ALTURA CREDIT UNION | SECURED | 0.00 | $74,773.00 | $76,196.35 | $0.00 | $0.00 | $0.00 |
| 0002 | ALTURA CREDIT UNION | SECURED | 0.00 | $19,085.00 | $18,884.25 | $0.00 | $0.00 | $0.00 |
| 0003 | CAPITAL ONE NA | UNSECURED | 0.00 | $482.00 | $702.23 | $122.19 | $0.00 | $372.88 |
| 0004 | CAPITAL ONE NA | UNSECURED | 0.00 | $4,595.00 | $4,595.08 | $888.33 | $0.00 | $2,351.20 |
| 0005 | CAPITAL ONE NA | UNSECURED | 0.00 | $4,602.00 | $4,587.80 | $886.92 | $0.00 | $2,347.48 |
| 0006 | NATIONAL COLLEGIATE STUDENT L | UNSECURED | 0.00 | $61,174.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | NATIONAL COLLEGIATE STUDENT L | UNSECURED | 0.00 | $79,419.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | NATIONAL COLLEGIATE STUDENT L | UNSECURED | 0.00 | $101,076.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | US DEPT OF EDUCATION | UNSECURED | 0.00 | $73,702.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $7,683.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $7,684.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $11,693.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | NELNET / US DEPT OF EDUCATION | UNSECURED | 0.00 | $11,691.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | NORTHSTAR EDUCATION FINANCE | UNSECURED | 0.00 | $8,709.00 | $8,745.63 | $1,690.70 | $0.00 | $4,474.97 |

**TOTAL PRINCIPAL BALANCE OWED*:  $9,546.53**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.