**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**JACQUELINE SORROYA BURNETT**<br><br>Debtor(s). | **Case No.:  6:24-bk-13434-SY**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE [ 11 U.S.C. 1307(c) ]**<br><br>**Hearing Date: 07/14/2026** |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 06/09/2026.

The hearing on this motion which was scheduled for 07/14/2026, should be taken off calendar.

Date: 07/13/2026

/s/ Rod Danielson
———————————————
Signature

FG:181 - 07/13/2026 - BK