**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

IN RE:

JACQUELINE SORROYA BURNETT

                    Debtor(s).

**Case No.:  6:24-bk-13434-SY**
**Chapter 13**

**STIPULATION MODIFYING PLAN**

**(No hearing required)**

In order to resolve issues related to the tax returns and refunds,

THE UNDERSIGNED HEREBY STIPULATE AND AGREE:

The confirmed plan is modified as follows:  increase plan percent from 70.5% to 100%; debtor may retain the 2025 tax refund so long as the plan remains 100%.

There are no other changes to the plan.

Dated: July 13, 2026

_____
/s/ Rod Danielson
Signature

Dated: July 13, 2026

_____
Nexus Bankruptcy

FG:166 - 7/13/2026 - BK