ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, SBN 256197
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

**JUL 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

JACQUELINE SORROYA BURNETT,

                              Debtor.

) Case No.: 6:24-bk-13434-SY
)
) Chapter 13
)
) **ORDER MODIFYING PLAN**
)
)
)

The court has reviewed the Stipulation Modifying Plan ("Stipulation") between the debtor and the chapter 13 trustee filed on July 13, 2026 [docket # 67]. Good cause appearing,

///

///

///

IT IS HEREBY ORDERED that the Stipulation is approved and the confirmed plan is modified as follows: increase plan percent from 70.5% to 100%; debtor may retain the 2025 tax refund so long as the plan remains 100%. There are no other changes to the plan.

###

Date: July 14, 2026

Scott H. Yun
United States Bankruptcy Judge