United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 24-13434-SY

Jacqueline Sorroya Burnett                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                    Page 1 of 1

Date Rcvd: Jul 14, 2026                      Form ID: pdf042                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Jacqueline Sorroya Burnett, 524 Botan Street, Perris, CA 92571-7812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | |
| | on behalf of Debtor Jacqueline Sorroya Burnett bhestonecf@gmail.com<br>benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | |
| | notice-efile@rodan13.com |
| United States Trustee (RS) | |
| | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, SBN 256197
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

**JUL 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:                                           )    Case No.: 6:24-bk-13434-SY
                                                 )
JACQUELINE SORROYA BURNETT,                      )    Chapter 13
                                                 )
                                                 )    **ORDER MODIFYING PLAN**
                           Debtor.               )
                                                 )
_____          )

The court has reviewed the Stipulation Modifying Plan ("Stipulation") between the debtor and the chapter 13 trustee filed on July 13, 2026 [docket # 67]. Good cause appearing,

///

///

///

IT IS HEREBY ORDERED that the Stipulation is approved and the confirmed plan is modified as follows: increase plan percent from 70.5% to 100%; debtor may retain the 2025 tax refund so long as the plan remains 100%. There are no other changes to the plan.

###

Date: July 14, 2026

Scott H. Yun
United States Bankruptcy Judge

-2-